3:13 PM
06/23/11
Accrual Basis

# GOLDSBERRY'S TRANSMISSION REPAIR
## Balance Sheet
### As of June 1, 2011

|  | Jun 1, 11 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| M & I Bank | 3,427.00 |
| **Total Checking/Savings** | 3,427.00 |
| **Other Current Assets** | |
| Inventory | 1,500.00 |
| Accounts Receivable | 12,480.00 |
| **Total Other Current Assets** | 13,980.00 |
| **Total Current Assets** | 17,407.00 |
| **Fixed Assets** | |
| Equipment | 65,800.00 |
| Vehicles | 7,800.00 |
| Accumulated Depreciation | -61,019.00 |
| **Total Fixed Assets** | 12,581.00 |
| **TOTAL ASSETS** | **29,988.00** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| Accounts Payable | 2,430.00 |
| Old Accounts Payable | 86,637.00 |
| Sales Tax Liabilty | 45,750.00 |
| **Total Other Current Liabilities** | 134,817.00 |
| **Total Current Liabilities** | 134,817.00 |
| **Long Term Liabilities** | |
| Bank Notes Payable | 148,653.00 |
| **Total Long Term Liabilities** | 148,653.00 |
| **Total Liabilities** | 283,470.00 |
| **Equity** | |
| Retained Earnings | -256,777.31 |
| Net Income | 3,295.31 |
| **Total Equity** | -253,482.00 |
| **TOTAL LIABILITIES & EQUITY** | **29,988.00** |