5:02 PM
06/22/11
Accrual Basis

# GOLDSBERRY'S TRANSMISSION REPAIR
## Profit & Loss
### January 1 through June 22, 2011

|  | Jan 1 - Jun 22, 11 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     **Sales** | |
|       Customer Refunds | -25.00 |
|       Returned check | 169.61 |
|       Sales - Other | 201,786.04 |
|     **Total Sales** | 201,930.65 |
|   **Total Income** | 201,930.65 |
|   **Cost of Goods Sold** | |
|     **Employee Benefits** | |
|       Employee Bonus | 3,763.55 |
|       Insurance | 3,794.16 |
|       Professional Development | 175.00 |
|       Uniforms | 529.54 |
|     **Total Employee Benefits** | 8,262.25 |
|     Parts | 62,858.16 |
|     **Payroll Expense** | |
|       Gross Payroll | 25,113.66 |
|       Payroll Tax Expense | 11,836.21 |
|     **Total Payroll Expense** | 36,949.87 |
|     **Shop Supplies** | |
|       Shop Supplies- General | 514.95 |
|       Shop Supplies on Vehicle | 235.25 |
|     **Total Shop Supplies** | 750.20 |
|     **Sublet** | |
|       Rebuilt/Used Transmissions | 20,393.59 |
|       Repairs | 1,510.62 |
|       Towing | 912.50 |
|     **Total Sublet** | 22,816.71 |
|   **Total COGS** | 131,637.19 |
| **Gross Profit** | 70,293.46 |
|   **Expense** | |
|     **Bank Service Charges** | |
|       Credit Card Processing | 3,785.84 |
|       Miscellaneous Bank Charges | 5,461.91 |
|     **Total Bank Service Charges** | 9,247.75 |
|     **Charitable contributions** | 2,009.71 |
|     **Communication Expense** | 1,668.05 |
|     **Dues and Subscriptions** | |
|       Other Dues & Subscriptions | 318.99 |
|       Software Updates | 830.32 |
|     **Total Dues and Subscriptions** | 1,149.31 |
|     **Equipment Rental** | 105.25 |
|     **Insurance** | |
|       Liability Insurance | 628.15 |
|     **Total Insurance** | 628.15 |
|     **Lease- Building** | 9,300.00 |
|     **Marketing Expense** | 4,174.66 |
|     **Miscellaneous** | |
|       Other Miscellaneous Expense | 949.22 |
|     **Total Miscellaneous** | 949.22 |
|     **Office Depot** | 28.76 |

5:02 PM
06/22/11
Accrual Basis

# GOLDSBERRY'S TRANSMISSION REPAIR
## Profit & Loss
### January 1 through June 22, 2011

|  | Jan 1 - Jun 22, 11 |
|---|---:|
| **Office Expense** | |
|    Office Maintenance | 1,160.43 |
|    Storage | 325.00 |
|    Supplies & Postage | 962.54 |
| **Total Office Expense** | 2,447.97 |
| **Professional Fees** | |
|    Accounting | 450.00 |
|    Legal Fees | 1,150.00 |
|    Payroll Processing Fee | 2,259.63 |
| **Total Professional Fees** | 3,859.63 |
| **Repairs** | |
|    Building Repairs | 19.96 |
|    Equipment Repairs | 948.03 |
| **Total Repairs** | 967.99 |
| **Security Expense** | 113.70 |
| **Taxes** | |
|    Personal Income Tax | 1,491.25 |
|    Property | |
|       Personal Property Tax | 281.69 |
|    **Total Property** | 281.69 |
|    Taxes - Other | 150.00 |
| **Total Taxes** | 1,922.94 |
| **Tools- small** | 3,841.59 |
| **Travel & Ent** | |
|    Travel | 5.00 |
| **Total Travel & Ent** | 5.00 |
| **Truck Expense** | 1,565.48 |
| **Utilities** | |
|    Electric | 1,485.32 |
|    Gas | 2,266.04 |
|    Trash Removal | 228.13 |
|    Water & Sewer | 391.41 |
| **Total Utilities** | 4,370.90 |
| **Warranty Expense** | 3,212.20 |
| **Total Expense** | 51,568.26 |
| **Net Ordinary Income** | 18,725.20 |
| **Other Income/Expense** | |
|    Other Expense | |
|       Other Expenses | |
|          Old Parts Bills & Old Debts | 670.80 |
|       **Total Other Expenses** | 670.80 |
|    **Total Other Expense** | 670.80 |
| **Net Other Income** | -670.80 |
| **Net Income** | **18,054.40** |