| Schedule A-Real Property | gross value per schedules | current value | liens | exemption taken | net value |
|---|---|---|---|---|---|
| Property | $ - | $ - | $ - | $ - | $ - |

| Schedule B-Personal Property | gross value per schedules | current value | liens | exemption taken | net value |
|---|---|---|---|---|---|
| cash and accounts | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ - | $ - |
| accounts receivable | $ 3,690.00 | $ 1,500.00 | $ 1,500.00 | | |
| inventory | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | | |
| 2005 Ford Explorer with $125k miles | $ 7,500.00 | $ 7,500.00 | $ 7,500.00 | | |
| office equipment and supplies | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | | |
| tools and machinery | $ 15,740.00 | $ 15,740.00 | $ 15,740.00 | | |

**Liquidation Value of Estate** $ -

Exhibit "A" to
Disclosure Statement

Liquidation Analysis