*Goldsberry's Transmission Service*

Weekly payment schedule/cash flow projection

| WEEK - 1 | BILLS | METHOD | |
|---|---|---|---|
| Credit Card Processing charges | 620 avg | ACH | |
| Anthem(health ins-employees) | 587 | ACH | |
| Payroll | 3400avg | ACH | |
| AFLAC(employee) | 27 | Auto pay | |
| Verizon (cell phone) | 89 | Auto pay | |
| Indy Security(alarm monitor) | 19 | Auto pay | |
| Gas for co vehicle | 65 | cash | |
| TRNI (tech support) | 99 | ACH | |
| Parts (avg) | 3287 | ck | 8193 |

---

| WEEK - 2 | BILLS | | |
|---|---|---|---|
| Property lease payment | 1550 | ck | |
| Compdent (dental ins) | 15 | ACH | |
| Cintas (uniforms/floor mats, etc) | 172 | Auto pay | |
| 222(charity) | 300 | Autopay | |
| Payroll | 3400 | ACH | |
| Parts (avg) | 3287 | ck | 8724 |

---

| WEEK - 3 | BILLS | | |
|---|---|---|---|
| Vectren-(gas heat) | 183 avg | Auto pay | |
| Duke energy(elec bill) | 335avg | Auto pay | |
| Bbg water/sewer | 41 avg | Auto pay | |
| Payroll | 3400 | ACH | |
| Mitchell 1 (Auto repair software) | 208 | Auto pay | |
| US Trustee (325 quarterly) | 108 | ck | |
| Gas for co vehicle | 225 | ck | |
| Ind Dept of Revenue (old taxes) | 898 | ck | |
| Parts (avg) | 3287 | ck | 8685 |

---

| WEEK - 4 | BILLS | | |
|---|---|---|---|
| American Marketing(yellow pages) | 75 | Auto pay | |
| Comcast-(TV,phone,web) | 230 avg | Auto pay | |
| Ray's (trash removal) | 46 | Auto pay | |
| Farmers Ins (bus lia ins) | 130 | Auto pay | |
| Brattain (atty acct) | 50 | Auto pay | |
| Hanover Ins (auto ins) | 145 | Autopay | |
| Wise Payment Systems (debit card reader) | 21 | ACH | |
| Payroll | 3400 | ACH | |
| Towing bills | 215 | Autopay | |
| NSSB | 712 | ck | |
| Hendricks Cty(old taxes) | 101 | ck | |
| Parts (avg) | 3287 | ck | 8412 |

| | |
|---|---|
| Total bills paid monthly | 34,014 [avg] |
| Projected Monthly sales | 35,761 [avg] |
| Cash flow analysis: | 1,747 Net |