|  | Jul-10 | total |
|---|---|---|
| total income | $ 40,298.00 | $ 40,298.00 |
| total expenses | $ (38,258.00) | $ (38,258.00) |
| net cash | $ 2,040.00 | $ 2,040.00 |
| avreage cash before debt, taxes, plan | $ 2,040.00 | |

Exhibit "C"
to Disclosure Statement

Summary of Operating Reports