| **Net Monthly Cash from Exhibit B (Budget) Operating Income** | | | | | | | $1,747.00 |
|---|---|---|---|---|---|---|---|

| **Unclassified Administrative Claims** | total due | retainer | net due | | | | |
|---|---|---|---|---|---|---|---|
| Debtors' counsel | $ 7,500.00 | | $ 7,500.00 | | | | |
| Debtors' accountant | $ - | | $ - | | | | |

| **Class 1-Priority Claims** | total claim | priority claim | deficiency claim | interest rate | # of payments | monthly payment | |
|---|---|---|---|---|---|---|---|
| Indiana Departmetn of Revenue | $ 48,764.84 | $ 48,764.84 | | 4.00% | 60 | $ 898.08 | -$898.08 |
| Hendricks County | $ 601.02 | $ 601.02 | | 4.00% | 6 | $ 101.34 | -$101.34 |

| **Class 2-Secured Claims** | total claim | secured claim | deficiency claim | interest rate | # of payments | monthly payment | |
|---|---|---|---|---|---|---|---|
| North Salem Bank | $ 175,000.00 | $ 37,740.00 | $ 137,260.00 | 5.00% | | $ 712.20 | -$712.20 |

| **Net Available to Unsecureds (50% net cash flow)** | | | | | | | $17.69 |
|---|---|---|---|---|---|---|---|

| **Class 3-Unsecured Creditors** | | | | total claim | percent of class total | total monthly payment under plan | |
|---|---|---|---|---|---|---|---|
| Schedule F | | | | $ 202,910.00 | 58.67% | $ 10.38 | |
| idr deficiency | | | | $ 5,689.00 | 1.64% | $ 0.29 | |
| North Salem Bank deficiency | | | | $ 137,260.00 | 39.69% | $ 7.02 | |
| **total** | | | | $ 345,859.00 | | $ 17.69 | |

Exhibit "D" to
Disclosure Statement

Summary of Plan Payments