B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re **Goldsberry's Transmission**
       _____Debtor_____

Case No. _____

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: **NOV 2011**          Date filed: _____

Line of Business: _____          NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_/s/ signature_
Original Signature of Responsible Party

**S.J. GOLDSBERRY, SR.**
Printed Name of Responsible Party

**Questionnaire:** (All questions to be answered on behalf of the debtor.)

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ✓ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ✓ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ✓ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ✓ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ✓ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ✓ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ✓ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ✓ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ✓ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ✓ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ✓ | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ✓ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ✓ |

12/08/2011 11:40 3179583249 GOLDSBERRY TRANSMISS PAGE 03
Case 11-08107-JKC-11  Doc 45  Filed 12/08/11  EOD 12/08/11 19:34:51  Pg 2 of 20

Page 2

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☑
15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☑
16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☐ ☑
17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☑
18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☐ ☑

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME $ 25990.40

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month $ _____
Cash on Hand at End of Month $ _____

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU  **TOTAL** $ _____

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES $ 27085.23

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* $ 25990.40
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* $ 27085.23

*(Subtract Line C from Line B)*  **CASH PROFIT FOR THE MONTH** $ -0-

12/08/2011 11:40 3179593248 GOLDSBERRY TRANSMISS PAGE 04
Case 11-08107-JKC-11  Doc 45  Filed 12/08/11  EOD 12/08/11 19:34:51  Pg 3 of 20

Page 3

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES $ _____

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES $ 1100.—

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?  2

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?  1

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $ _____

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $ _____

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $ _____

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $ _____

12/08/2011 11:40 3178583249 GOLDSBERRY TRANSMISS PAGE 05
Case 11-08107-JKC-11 Doc 45 Filed 12/08/11 EOD 12/08/11 19:34:51 Pg 4 of 20

Page 4

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ ~~~~ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ 26,000

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ 25,000

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ 1,000

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

10:57 AM
12/08/11
Accrual Basis

# GOLDSBERRY'S TRANSMISSION REPAIR
## Account QuickReport
### November 2011

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| **Sales** | | | | | | |
| *Returned check* | | | | | | |
| Check | 11/28/2011 | | | J Austin | M & I Bank | -1,100.00 |
| Total Returned check | | | | | | -1,100.00 |
| *Sales - Other* | | | | | | |
| Deposit | 11/1/2011 | | Sales | Deposit | M & I Bank | 465.00 |
| Deposit | 11/1/2011 | | Sales | Deposit | M & I Bank | 4,128.22 |
| Deposit | 11/2/2011 | | Sales | Deposit | M & I Bank | 1,650.00 |
| Deposit | 11/3/2011 | | Sales | Deposit | M & I Bank | 1,765.00 |
| Deposit | 11/4/2011 | | Sales | Deposit | M & I Bank | 115.00 |
| Deposit | 11/4/2011 | | Sales | Deposit | M & I Bank | 1,147.06 |
| Deposit | 11/7/2011 | | Sales | Deposit | M & I Bank | 109.70 |
| Deposit | 11/8/2011 | | Sales | Deposit | M & I Bank | 1,200.00 |
| Deposit | 11/9/2011 | | Sales | Deposit | M & I Bank | 250.00 |
| Deposit | 11/9/2011 | | Sales | Deposit | M & I Bank | 1,200.00 |
| Deposit | 11/10/2011 | | Sales | Deposit | M & I Bank | 1,174.63 |
| Deposit | 11/11/2011 | | Sales | Deposit | M & I Bank | 637.51 |
| Deposit | 11/11/2011 | | Sales | Deposit | M & I Bank | 633.18 |
| Deposit | 11/14/2011 | | Sales | Deposit | M & I Bank | 1,865.61 |
| Deposit | 11/14/2011 | | Sales | Deposit | M & I Bank | 1,453.39 |
| Check | 11/15/2011 | 9972 | Indiana Department... | sales tax 10-... | M & I Bank | -104.11 |
| Deposit | 11/16/2011 | | Sales | Deposit | M & I Bank | 232.29 |
| Deposit | 11/18/2011 | | Sales | Deposit | M & I Bank | 1,370.63 |
| Deposit | 11/18/2011 | | Sales | Deposit | M & I Bank | 247.32 |
| Deposit | 11/23/2011 | | Sales | Deposit | M & I Bank | 1,100.00 |
| Deposit | 11/23/2011 | | Sales | Deposit | M & I Bank | 2,100.00 |
| Deposit | 11/25/2011 | | Sales | Deposit | M & I Bank | 298.97 |
| Deposit | 11/28/2011 | | Sales | Deposit | M & I Bank | 2,101.00 |
| Deposit | 11/30/2011 | | Sales | Deposit | M & I Bank | 150.00 |
| Deposit | 11/30/2011 | | Sales | Deposit | M & I Bank | 700.00 |
| Total Sales - Other | | | | | | 25,990.40 |
| **Total Sales** | | | | | | **24,890.40** |
| **TOTAL** | | | | | | **24,890.40** |

10:58 AM
12/08/11
Accrual Basis

# GOLDSBERRY'S TRANSMISSION REPAIR
## Expenses by Vendor Summary
### November 2011

| | Nov 11 |
|---|---|
| AFLAC | 26.90 |
| Airgas Mid-America | 38.73 |
| American Marketing | 50.00 |
| Anthem BC/BS | 587.25 |
| Barnes & Noble | 9.73 |
| Big Apple Bagels | 11.06 |
| Bill Estes Ford | 63.76 |
| BPH Pump | 73.51 |
| Brattain | 50.00 |
| Brownsburg East Storage | 65.00 |
| Brownsburg Muffler & Service | 241.23 |
| Brownsburg Signs | 535.00 |
| Cintas | 189.06 |
| Comcast cable | 229.30 |
| CompBenefits | 15.10 |
| Dreyer & Reinbold | 261.31 |
| Duke Energy | 278.63 |
| EPS | 45.00 |
| Farmer's Insurance | 126.81 |
| Gas | 169.66 |
| Indy Security | 18.95 |
| Interstate Batteries | 153.87 |
| IRS | 200.00 |
| Jackson Oil | 491.15 |
| James Davis | 165.00 |
| LKQ | 560.00 |
| Lowes | 114.36 |
| M & I Bank | 7.50 |
| Menard's | 24.97 |
| Mitchell Repair | 207.58 |
| NAPA-Brownsburg | 74.85 |
| National Drivetrain | 472.54 |
| Netzero | 9.95 |
| O'Reilly Auto Parts | 1,628.42 |
| Payroll Express | 5,304.72 |
| Plougha's Towing Service | 483.00 |
| Ray's Trash | 46.23 |
| Snap-On | 93.51 |
| Town of Brownsburg | 29.32 |
| Transtar | 4,725.12 |
| Vectren | 45.84 |
| Verizon | 94.94 |
| walmart | 44.02 |
| Wise Payment Systems | 1,068.27 |
| WIT | 69.36 |
| Wurth | 97.84 |
| **TOTAL** | **19,298.35** |

10:59 AM
12/08/11
Accrual Basis

# GOLDSBERRY'S TRANSMISSION REPAIR
## Profit & Loss
### November 2011

|  | Nov 11 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **Sales** | |
| Returned check | -1,100.00 |
| Sales - Other | 25,990.40 |
| **Total Sales** | 24,890.40 |
| **Total Income** | 24,890.40 |
| **Cost of Goods Sold** | |
| **Employee Benefits** | |
| Employee Bonus | 261.06 |
| Insurance | 629.25 |
| **Total Employee Benefits** | 890.31 |
| Parts | 4,866.62 |
| **Payroll Expense** | |
| Gross Payroll | 8,050.96 |
| Payroll Tax Expense | 2,811.04 |
| **Total Payroll Expense** | 10,862.00 |
| **Shop Supplies** | |
| Shop Supplies - General | 971.94 |
| Shop Supplies on Vehicle | 5.32 |
| **Total Shop Supplies** | 977.26 |
| **Sublet** | |
| Rebuilt/Used Transmissions | 2,460.00 |
| Repairs | 241.23 |
| Towing | 483.00 |
| **Total Sublet** | 3,184.23 |
| **Total COGS** | 20,780.42 |
| **Gross Profit** | 4,109.98 |
| **Expense** | |
| **Bank Service Charges** | |
| Credit Card Processing | 1,092.22 |
| Miscellaneous Bank Charges | 7.50 |
| **Total Bank Service Charges** | 1,099.72 |
| Communication Expense | 334.19 |
| **Dues and Subscriptions** | |
| Software Updates | 207.58 |
| **Total Dues and Subscriptions** | 207.58 |
| Equipment Rental | 21.05 |
| **Insurance** | |
| Liability Insurance | 126.81 |
| **Total Insurance** | 126.81 |
| Lease - Building | 1,550.00 |
| Marketing Expense | 350.00 |
| **Office Expense** | |
| Office Maintenance | 189.06 |
| Storage | 65.00 |
| Supplies & Postage | 53.75 |
| **Total Office Expense** | 307.81 |
| **Professional Fees** | |
| Legal Fees | 50.00 |
| Payroll Processing Fee | 129.60 |
| **Total Professional Fees** | 179.60 |

10:59 AM
12/08/11
Accrual Basis

# GOLDSBERRY'S TRANSMISSION REPAIR
## Profit & Loss
### November 2011

|  | Nov 11 |
|---|---:|
| **Repairs** | |
| Building Repairs | 189.97 |
| Equipment Repairs | 608.51 |
| **Total Repairs** | 798.48 |
| Security Expense | 16.95 |
| **Taxes** | |
| Personal Income Tax | 200.00 |
| **Total Taxes** | 200.00 |
| Tools- small | 42.79 |
| Truck Expense | 399.90 |
| **Utilities** | |
| Electric | 278.63 |
| Gas | 45.84 |
| Trash Removal | 46.23 |
| Water & Sewer | 29.32 |
| **Total Utilities** | 400.02 |
| Warranty Expense | 267.91 |
| **Total Expense** | 6,304.81 |
| **Net Ordinary Income** | -2,194.83 |
| **Net Income** | -2,194.83 |

11:00 AM
12/08/11
Accrual Basis

# GOLDSBERRY'S TRANSMISSION REPAIR
## Balance Sheet
### As of November 30, 2011

|  | Nov 30, 11 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Cash Drawer | 137.43 |
| M & I Bank | 240.36 |
| **Total Checking/Savings** | 377.79 |
| **Total Current Assets** | 377.79 |
| **Fixed Assets** | |
| Equipment | 2,200.00 |
| **Total Fixed Assets** | 2,200.00 |
| **TOTAL ASSETS** | **2,577.79** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| Due to Owner | 61,191.54 |
| NSSB- Line Of Credit | -43,525.00 |
| Sales Tax Liablity | -32,746.45 |
| **Total Other Current Liabilities** | -15,079.91 |
| **Total Current Liabilities** | -15,079.91 |
| **Long Term Liabilities** | |
| banc-serv Partners Loan | -45,194.49 |
| Dodge Truck Loan- NSSB | -8,342.70 |
| Ford Truck Loan- NSSB | -2,052.56 |
| IRS Back Liability | -4,566.77 |
| Tractor Loan- NSSB | -2,712.30 |
| **Total Long Term Liabilities** | -62,868.82 |
| **Total Liabilities** | -77,948.73 |
| **Equity** | |
| Distributions to owner | -134,217.94 |
| Opening Bal Equity | -21,762.78 |
| Retained Earnings | 216,877.42 |
| Net Income | 19,629.62 |
| **Total Equity** | 80,526.52 |
| **TOTAL LIABILITIES & EQUITY** | **2,577.79** |

# GOLDSBERRY'S TRANSMISSION REPAIR

12/8/2011 11:00 AM

Register: M & I Bank
From 11/01/2011 through 11/30/2011
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 11/01/2011 | | | Sales | Deposit | | X | 465.00 | 3,593.78 |
| 11/01/2011 | | | Sales | Deposit | | X | 4,128.22 | 7,722.00 |
| 11/01/2011 | | Sam Goldsberry | Payroll Expense:Gross ... | | 900.00 | X | | 6,822.00 |
| 11/02/2011 | | | Sales | Deposit | | X | 1,650.00 | 8,472.00 |
| 11/02/2011 | | Wise Payment Systems | Bank Service Charges:... | | 1,047.22 | X | | 7,424.78 |
| 11/02/2011 | | EPS | Bank Service Charges:... | | 10.00 | X | | 7,414.78 |
| 11/02/2011 | | Indy Security | Security Expense | | 18.95 | X | | 7,395.83 |
| 11/02/2011 | | Anthem BC/BS | Employee Benefits:Ins... | | 587.25 | X | | 6,808.58 |
| 11/02/2011 | 9945 | Transtar | -split- | | 2,550.27 | X | | 4,258.31 |
| 11/02/2011 | 9946 | O'Reilly Auto Parts | Parts | | 59.95 | X | | 4,198.36 |
| 11/02/2011 | 9947 | National Drivetrain | Parts | | 472.54 | X | | 3,725.82 |
| 11/02/2011 | 9948 | O'Reilly Auto Parts | Parts | | 11.15 | X | | 3,714.67 |
| 11/03/2011 | | | Sales | Deposit | | X | 1,765.00 | 5,479.67 |
| 11/03/2011 | | Ploughe's Towing Se... | Sublet:Towing | 6277, 6276 | 152.50 | X | | 5,327.17 |
| 11/03/2011 | 9949 | O'Reilly Auto Parts | Parts | | 79.18 | X | | 5,247.99 |
| 11/04/2011 | | | Sales | Deposit | | X | 115.00 | 5,362.99 |
| 11/04/2011 | | | Sales | Deposit | | X | 1,147.06 | 6,510.05 |
| 11/04/2011 | | EPS | Bank Service Charges:... | | 35.00 | X | | 6,475.05 |
| 11/04/2011 | | Brattain | Professional Fees:Lega... | VOID: | | X | | 6,475.05 |
| 11/04/2011 | | Payroll Express | -split- | | 1,326.18 | X | | 5,148.87 |
| 11/04/2011 | 9950 | O'Reilly Auto Parts | Parts | | 26.84 | X | | 5,122.03 |
| 11/04/2011 | 9951 | Jackson Oil | Shop Supplies:Shop Su... | | 491.15 | X | | 4,630.88 |
| 11/04/2011 | 9952 | LKQ | Sublet:Rebuilt/Used Tr... | trans 97 Sable | 350.00 | X | | 4,280.88 |
| 11/04/2011 | 9953 | Brownsburg East Sto... | Office Expense:Storage | | 65.00 | X | | 4,215.88 |
| 11/04/2011 | 9954 | O'Reilly Auto Parts | Parts | | 14.73 | X | | 4,201.15 |
| 11/04/2011 | 9955 | O'Reilly Auto Parts | Parts | | 24.46 | X | | 4,176.69 |
| 11/04/2011 | 9956 | O'Reilly Auto Parts | Parts | | 39.19 | X | | 4,137.50 |
| 11/04/2011 | 10701 | Travis Forsythe | Payroll Expense:Gross ... | | 859.22 | X | | 3,278.28 |
| 11/07/2011 | | | Sales | Deposit | | X | 109.70 | 3,387.98 |
| 11/07/2011 | | Brattain | Professional Fees:Lega... | | 50.00 | X | | 3,337.98 |
| 11/07/2011 | | AFLAC | Employee Benefits:Ins... | | 26.90 | X | | 3,311.08 |
| 11/07/2011 | | Sam Goldsberry | Distributions to owner | | 775.00 | X | | 2,536.08 |
| 11/08/2011 | | | Sales | Deposit | | X | 1,200.00 | 3,736.08 |
| 11/08/2011 | | Town of Brownsburg | Utilities:Water & Sewer | | 29.32 | X | | 3,706.76 |
| 11/08/2011 | | Wurth | Shop Supplies:Shop Su... | | 97.84 | X | | 3,608.92 |
| 11/08/2011 | 9957 | LKQ | Sublet:Rebuilt/Used Tr... | t-case Jeep | 210.00 | X | | 3,398.92 |
| 11/08/2011 | 9958 | O'Reilly Auto Parts | Parts | | 9.50 | X | | 3,389.42 |
| 11/08/2011 | 9959 | NAPA-Brownsburg | Parts | | 74.85 | X | | 3,314.57 |
| 11/08/2011 | 9960 | Transtar | -split- | | 651.96 | X | | 2,662.61 |
| 11/09/2011 | | | Sales | Deposit | | X | 250.00 | 2,912.61 |

Page 1

## GOLDSBERRY'S TRANSMISSION REPAIR

12/8/2011 11:00 AM

Register: M & I Bank
From 11/01/2011 through 11/30/2011
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 11/09/2011 | | | Sales | Deposit | | X | 1,200.00 | 4,112.61 |
| 11/09/2011 | 222 | | Marketing Expense | | 300.00 | X | | 3,812.61 |
| 11/09/2011 | | O'Reilly Auto Parts | Parts | | 6.41 | X | | 3,806.20 |
| 11/09/2011 | | O'Reilly Auto Parts | Parts | VOID: | | X | | 3,806.20 |
| 11/09/2011 | 9961 | O'Reilly Auto Parts | Parts | | 64.78 | X | | 3,741.42 |
| 11/09/2011 | 9962 | O'Reilly Auto Parts | Tools- small | | 42.79 | X | | 3,698.63 |
| 11/09/2011 | 9963 | O'Reilly Auto Parts | Parts | | 595.80 | X | | 3,102.83 |
| 11/10/2011 | | | Sales | Deposit | | X | 1,174.63 | 4,277.46 |
| 11/10/2011 | | Duke Energy | Utilities:Electric | | 278.63 | X | | 3,998.83 |
| 11/10/2011 | | Lowes | Shop Supplies:Shop Su... | bulbs | 19.24 | X | | 3,979.59 |
| 11/10/2011 | | Lowes | Shop Supplies:Shop Su... | bulbs | 19.24 | X | | 3,960.35 |
| 11/10/2011 | | walmart | Office Expense:Suppli... | | 17.61 | X | | 3,942.74 |
| 11/10/2011 | 9964 | O'Reilly Auto Parts | Parts | | 57.45 | X | | 3,885.29 |
| 11/10/2011 | 9965 | Bill Estes Ford | Parts | | 63.76 | X | | 3,821.53 |
| 11/10/2011 | 9966 | Brownsburg Muffler ... | Sublet:Repairs | | 241.23 | X | | 3,580.30 |
| 11/11/2011 | | | Sales | Deposit | | X | 637.51 | 4,217.81 |
| 11/11/2011 | | | Sales | Deposit | | X | 633.18 | 4,850.99 |
| 11/11/2011 | | Payroll Express | -split- | | 1,326.18 | X | | 3,524.81 |
| 11/11/2011 | | walmart | Office Expense:Suppli... | | 26.41 | X | | 3,498.40 |
| 11/11/2011 | 9967 | James Davis | Repairs:Building Repairs | | 165.00 | X | | 3,333.40 |
| 11/11/2011 | 9968 | Dreyer & Reinbold | Parts | | 261.31 | X | | 3,072.09 |
| 11/11/2011 | 9969 | Snap-On | Shop Supplies:Shop Su... | | 21.39 | X | | 3,050.70 |
| 11/11/2011 | 10702 | Travis Forsythe | Payroll Expense:Gross ... | | 859.22 | X | | 2,191.48 |
| 11/14/2011 | | | Sales | Deposit | | X | 1,865.61 | 4,057.09 |
| 11/14/2011 | | | Sales | Deposit | | X | 1,453.39 | 5,510.48 |
| 11/14/2011 | | Lowes | Shop Supplies:Shop Su... | | 6.40 | X | | 5,504.08 |
| 11/14/2011 | | Sam Goldsberry | Payroll Expense:Gross ... | | 650.00 | X | | 4,854.08 |
| 11/14/2011 | | Vectren | Utilities:Gas | | 45.84 | X | | 4,808.24 |
| 11/14/2011 | | Verizon | Communication Expense | | 94.94 | X | | 4,713.30 |
| 11/14/2011 | 9970 | O'Reilly Auto Parts | Parts | | 16.66 | X | | 4,696.64 |
| 11/15/2011 | | Lowes | Shop Supplies:Shop Su... | bulbs | 32.08 | X | | 4,664.56 |
| 11/15/2011 | | Lowes | Shop Supplies:Shop Su... | bulbs | 32.08 | X | | 4,632.48 |
| 11/15/2011 | | Cintas | Office Expense:Office ... | | 189.06 | X | | 4,443.42 |
| 11/15/2011 | | CompBenefits | Employee Benefits:Ins... | | 15.10 | X | | 4,428.32 |
| 11/15/2011 | | Samuel J. Goldsberry... | Employee Benefits:Em... | | 250.00 | X | | 4,178.32 |
| 11/15/2011 | 9971 | Bernie Coleman | Lease- Building | | 1,550.00 | X | | 2,628.32 |
| 11/15/2011 | 9972 | Indiana Department ... | Sales | sales tax 10-2011 | 104.11 | X | | 2,524.21 |
| 11/15/2011 | 9973 | Transtar | -split- | | 598.57 | X | | 1,925.64 |
| 11/16/2011 | | | Sales | Deposit | | X | 232.29 | 2,157.93 |
| 11/16/2011 | | Ploughe's Towing Se... | Sublet:Towing | | 95.00 | X | | 2,062.93 |

Page 2

# GOLDSBERRY'S TRANSMISSION REPAIR

Register: M & I Bank
From 11/01/2011 through 11/30/2011
Sorted by: Date, Type, Number/Ref

12/8/2011 11:00 AM

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 11/16/2011 | | Gas | Truck Expense | | 20.00 | X | | 2,042.93 |
| 11/16/2011 | 9974 | O'Reilly Auto Parts | Parts | | 99.90 | X | | 1,943.03 |
| 11/16/2011 | 9975 | O'Reilly Auto Parts | Parts | | 56.03 | X | | 1,887.00 |
| 11/16/2011 | 9976 | O'Reilly Auto Parts | Parts | | 59.86 | X | | 1,827.14 |
| 11/17/2011 | 9977 | WIT | Warranty Expense | | 10.81 | X | | 1,816.33 |
| 11/18/2011 | | | Sales | Deposit | | X | 1,370.63 | 3,186.96 |
| 11/18/2011 | | | Sales | Deposit | | X | 247.32 | 3,434.28 |
| 11/18/2011 | | Payroll Express | -split- | | 1,326.18 | X | | 2,108.10 |
| 11/18/2011 | | Mitchell Repair | Dues and Subscriptions... | | 207.58 | X | | 1,900.52 |
| 11/18/2011 | | Gas | Truck Expense | | 71.27 | X | | 1,829.25 |
| 11/18/2011 | | Interstate Batteries | Parts | | 153.87 | X | | 1,675.38 |
| 11/18/2011 | | Gas | Truck Expense | for customer's ... | 35.12 | X | | 1,640.26 |
| 11/18/2011 | 9978 | O'Reilly Auto Parts | Parts | | 8.99 | X | | 1,631.27 |
| 11/18/2011 | 10703 | Travis Forsythe | Payroll Expense:Gross ... | | 859.22 | X | | 772.05 |
| 11/21/2011 | | Ploughe's Towing Se... | Sublet:Towing | | 45.00 | X | | 727.05 |
| 11/21/2011 | | Sam Goldsberry | Payroll Expense:Gross ... | | 200.00 | X | | 527.05 |
| 11/22/2011 | | Ploughe's Towing Se... | Sublet:Towing | | 190.50 | X | | 336.55 |
| 11/22/2011 | 9979 | O'Reilly Auto Parts | Shop Supplies:Shop Su... | | 11.16 | X | | 325.39 |
| 11/23/2011 | | | -split- | Deposit | | X | 3,200.00 | 3,525.39 |
| 11/23/2011 | | Airgas Mid-America | Shop Supplies:Shop Su... | oxygen cyl | 38.73 | X | | 3,486.66 |
| 11/23/2011 | 9980 | WIT | Parts | | 58.55 | X | | 3,428.11 |
| 11/23/2011 | 9981 | O'Reilly Auto Parts | Parts | | 18.99 | X | | 3,409.12 |
| 11/23/2011 | 9982 | O'Reilly Auto Parts | Parts | | 36.99 | X | | 3,372.13 |
| 11/23/2011 | 9983 | O'Reilly Auto Parts | Parts | | 36.99 | X | | 3,335.14 |
| 11/23/2011 | 9984 | Snap-On | Shop Supplies:Shop Su... | | 72.12 | X | | 3,263.02 |
| 11/25/2011 | | | Sales | Deposit | | X | 298.97 | 3,561.99 |
| 11/25/2011 | | Payroll Express | -split- | | 1,326.18 | X | | 2,235.81 |
| 11/25/2011 | | Gas | Truck Expense | | 43.27 | X | | 2,192.54 |
| 11/25/2011 | | Ray's Trash | Utilities:Trash Removal | | 46.23 | X | | 2,146.31 |
| 11/25/2011 | 9985 | Transtar | -split- | | 924.32 | X | | 1,221.99 |
| 11/25/2011 | 10704 | Travis Forsythe | Payroll Expense:Gross ... | | 859.22 | X | | 362.77 |
| 11/28/2011 | | | Sales | Deposit | | X | 2,101.00 | 2,463.77 |
| 11/28/2011 | | Wise Payment Systems | Equipment Rental | | 21.05 | X | | 2,442.72 |
| 11/28/2011 | | Comcast cable | Communication Expense | | 229.30 | X | | 2,213.42 |
| 11/28/2011 | | | Sales:Returned check | J Austin | 1,100.00 | X | | 1,113.42 |
| 11/28/2011 | | M & I Bank | Bank Service Charges:... | | 7.50 | X | | 1,105.92 |
| 11/28/2011 | 9986 | O'Reilly Auto Parts | Truck Expense | | 230.24 | X | | 875.68 |
| 11/29/2011 | | American Marketing | Marketing Expense | | 50.00 | X | | 825.68 |
| 11/29/2011 | | Farmer's Insurance | Insurance:Liability Ins... | | 126.81 | X | | 698.87 |
| 11/29/2011 | 9987 | Brownsburg Signs | Repairs:Equipment Re... | | 535.00 | X | | 163.87 |

Page 3

## GOLDSBERRY'S TRANSMISSION REPAIR

12/8/2011 11:00 AM

Register: M & I Bank
From 11/01/2011 through 11/30/2011
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|---|---|---|---|---|---|---|---|---|
| 11/30/2011 | | | Sales | Deposit | | X | 150.00 | 313.87 |
| 11/30/2011 | | | Sales | Deposit | | X | 700.00 | 1,013.87 |
| 11/30/2011 | | IRS | Taxes:Personal Income... | | 200.00 | X | | 813.87 |
| 11/30/2011 | | BPH Pump | Repairs:Equipment Re... | pump seals for ... | 73.51 | X | | 740.36 |
| 11/30/2011 | | Sam Goldsberry | Payroll Expense:Gross ... | | 500.00 | X | | 240.36 |



M&I A BRANCH OF BMO HARRIS BANK N A   0130045595
P O BOX 2045
MILWAUKEE WI 53201-2045
www.mibank.com

Page 1 of 9

Call 414-259-9929
or 1-888-464-5463
For 24-Hour Account
Information or
Current Rates

098-0247900-05170-0
SAMUEL J GOLDSBERRY SR DBA
GOLDSBERRYS TRANSMISSION
200 N ADAMS ST
BROWNSBURG IN 46112-1143

Statement Closing Date
**November 30, 2011**

EFFECTIVE JANUARY 1, 2012, BUSINESS DEPOSIT AND TREASURY MANAGEMENT PRICING WILL CHANGE. YOU CAN VIEW THESE CHANGES AT WWW.MIBANK.COM/BUSINESSFEESCHEDULE BEGINNING DECEMBER 1, 2011. ENTER YOUR ANALYSIS TYPE, FOUND AT THE TOP OF THIS STATEMENT. IF YOU DO NOT HAVE INTERNET ACCESS OR CANNOT VIEW THIS INFORMATION, PLEASE CALL 1-888-464-5463 SELECT OPTION 2.

**FREE SMALL BUSINESS CHECKING**

Account no. 130045595                                           Analysis Type: 73487

| | |
|---|---|
| Beginning balance on November 1, 2011 | $ 5,180.88 |
| Deposits and other additions | + 26,094.51 |
| Checks paid and other subtractions | − 31,035.03 |
| Ending balance on November 30, 2011 | $ 240.36 |
| Average balance | 3,236.61 |

**Checks paid**

| Check no. | Amount | Check no. | Amount | Check no. | Amount |
|---|---|---|---|---|---|
|  | 250.00 | 9953 | 65.00 | 9974 | 99.90 |
| 9917 | 374.29 | 9954 | 14.73 | 9975 | 56.03 |
| *** |  | 9955 | 24.46 | 9976 | 59.86 |
| 9934 | 685.37 | 9956 | 39.19 | 9977 | 10.61 |
| 9935 | 182.10 | 9957 | 210.00 | 9978 | 8.99 |
| 9936 | 50.88 | 9958 | 9.50 | 9979 | 11.16 |
| *** |  | 9959 | 74.85 | 9980 | 58.55 |
| 9939 | 175.00 | 9960 | 651.96 | 9981 | 18.99 |
| 9940 | 32.21 | 9961 | 64.78 | 9982 | 36.99 |
| 9941 | 370.00 | 9962 | 42.79 | 9983 | 36.99 |
| 9942 | 101.36 | 9963 | 595.80 | 9984 | 72.12 |
| 9943 | 19.99 | 9964 | 57.45 | 9985 | 24.32 |
| 9944 | 60.90 | 9965 | 63.76 | 9986 | 230.24 |
| 9945 | 2,550.27 | 9966 | 241.23 | 9987 | 535.00 |
| 9946 | 59.95 | 9967 | 165.00 | *** |  |
| 9947 | 472.54 | 9968 | 261.31 | 10701 | 859.22 |
| 9948 | 11.15 | 9969 | 21.39 | 10702 | 859.22 |
| 9949 | 79.18 | 9970 | 16.66 | 10703 | 859.22 |
| 9950 | 26.84 | 9971 | 1,550.00 | 10704 | 859.22 |
| 9951 | 491.15 | 9972 | 104.11 |  |  |
| 9952 | 350.00 | 9973 | 598.57 |  |  |

Continued on next page



Page 3 of 9

130045595

### Daily activity on your account

| Date | Amount | Description | Balance |
|---|---|---|---|
| Nov 1 | 900.00- | MILINE TRANSFER-OUT<br>TO ACC 00030101759 DATE: 11-01-11<br>TIME 14:56:23 | 7,748.54 |
| Nov 2 | 370.00- | CHECK 9941 | |
| Nov 2 | 101.36- | CHECK 9942 | |
| Nov 2 | 1,650.00+ | DIRECT DEPOSIT<br>NPC MERCH GOLDSBERRYS TRANSM<br>ISSI PYMT PROC 111102<br>0010606876 | |
| Nov 2 | 1,047.22- | AUTOMATIC WITHDRAWAL<br>NPC MERCH GOLDSBERRYS TRANSM<br>ISSI PYMT PROC 111102<br>0010606876 | |
| Nov 2 | 587.25- | AUTOMATIC WITHDRAWAL<br>ANTHEM 000948920000<br>ANTHEM 111101<br>FX08128789 | |
| Nov 2 | 18.95- | AUTOMATIC WITHDRAWAL<br>INDY SECURITY SY PAYMT@@<br>075000055145550 | |
| Nov 2 | 10.00- | AUTOMATIC WITHDRAWAL<br>BANKCARD EPS GOLOSBERRY'S TRANS<br>MISS CCDISCOUNT 111031<br>000180002168062 | 7,263.76 |
| Nov 3 | 19.99- | CHECK 9943 | |
| Nov 3 | 60.90- | CHECK 9944 | |
| Nov 3 | 2,550.27- | CHECK 9945 | |
| Nov 3 | 1,765.00+ | DEPOSIT | |
| Nov 3 | 1,326.18- | AUTOMATIC WITHDRAWAL<br>PAYROLL EXPRESS GOLDSBERRY'S TRANS<br>MISS PAYROLL 111103<br>0253 0253 | |
| Nov 3 | 152.50- | AUTOMATIC WITHDRAWAL<br>PLOUGHE S WRECKE PAYMT@@<br>075000058853965 | 4,918.92 |
| Nov 4 | 59.95- | CHECK 9946 | |
| Nov 4 | 472.54- | CHECK 9947 | |
| Nov 4 | 11.15- | CHECK 9948 | |
| Nov 4 | 1,197.06+ | DEPOSIT | |
| Nov 4 | 115.00+ | DIRECT DEPOSIT<br>NPC MERCH GOLDSBERRYS TRANSM<br>ISSI PYMT PROC 111104<br>0010606876 | |
| Nov 4 | 35.00- | AUTOMATIC WITHDRAWAL<br>EPS 90 GOLDSBERRYS TRANSM<br>ISSI EPS90 111104 | 5,602.34 |
| Nov 7 | 79.18- | CHECK 9049 | |
| Nov 7 | 859.22- | CHECK 10701 | |
| Nov 7 | 109.70+ | DIRECT DEPOSIT<br>NPC MERCH GOLDSBERRYS TRANSM<br>ISSI PYMT PROC 111107<br>0010606876 | |
| Nov 7 | 775.00- | MILINE TRANSFER-OUT<br>TO ACC 00030101759 DATE: 11-07-11<br>TIME 15:05:40 | |

Continued on next page



Page 5 of 9

130045695

### Daily activity on your account

| Date | Amount | Description | Balance |
|---|---|---|---|
| Nov 14 | 637.51+ | DIRECT DEPOSIT<br>NPC MERCH GOLDSBERRYS TRANSM<br>ISSI PYMT PROC 111114<br>0010606876 | |
| Nov 14 | 633.18+ | DIRECT DEPOSIT<br>NPC MERCH GOLDSBERRYS TRANSM<br>ISSI PYMT PROC 111114<br>0010606876 | |
| Nov 14 | 650.00- | MILINE TRANSFER-OUT<br>TO ACC 00030101759 DATE: 11-11-11<br>TIME: 07:24:48 | |
| Nov 14 | 26.41- | POS PURCHASE<br>POS PURCHASE TERMINAL 27880008<br>WAL WAL-MART SUPER 140 BROWNSBUR IN<br>11-10-11 9.25 PM XXXXXXXXXXXX2004 | |
| Nov 14 | 19.24- | CHECK CARD PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216<br>LOWES 02681 BROWNSBUR IN<br>11-10-11 XXXXXXXXXXXX2004 | |
| Nov 14 | 19.24- | CHECK CARD PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216<br>LOWES 02681 BROWNSBUR IN<br>11-10-11 XXXXXXXXXXXX2004 | |
| Nov 14 | 17.61- | CHECK CARD PURCHASE<br>MERCHANT PURCHASE TERMINAL 422638<br>WM SUPERCENTER BROWNSBUR IN<br>11-10-11 XXXXXXXXXXXX2004 | |
| Nov 14 | 6.40- | POS PURCHASE<br>POS PURCHASE TERMINAL 001<br>LOWE'S #2681 BROWNSBUR IN<br>11-11-11 1:56 PM XXXXXXXXXXXX2004 | |
| Nov 14 | 94.94- | AUTOMATIC WITHDRAWAL<br>VERIZON WIRELESS PAYMT@:@<br>075000058578500 | |
| Nov 14 | 45.84- | AUTOMATIC WITHDRAWAL<br>INDIANA GAS - VE PAYMT@:@<br>075000058578501 | 6,591.95 |
| Nov 15 | 250.00- | CHECK | |
| Nov 15 | 57.45- | CHECK  9964 | |
| Nov 15 | 63.76- | CHECK  9965 | |
| Nov 15 | 261.31- | CHECK  9968 | |
| Nov 15 | 21.39- | CHECK  9969 | |
| Nov 15 | 859.22- | CHECK  10702 | |
| Nov 15 | 32.08- | CHECK CARD PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216<br>LOWES 02681 BROWNSBUR IN<br>11-14-11 XXXXXXXXXXXX2004 | |
| Nov 15 | 32.08- | CHECK CARD PURCHASE<br>MERCHANT PURCHASE TERMINAL 469216<br>LOWES 02681 BROWNSBUR IN<br>11-14-11 XXXXXXXXXXXX2004 | |
| Nov 15 | 189.06- | AUTOMATIC WITHDRAWAL<br>CINTAS PAYMT@:@<br>075000051963352 | |

Continued on next page



130045595

Page 7 of 9

### Daily activity on your account

| Date | Amount | Description | Balance |
|---|---|---|---|
| Nov 23 | 104.11- | CHECK 9972 | |
| Nov 23 | 3,200.00+ | DEPOSIT | |
| Nov 23 | 38.73- | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 443565 AIRGAS MID AMERICA 270 842 9 KY 11-21-11 XXXXXXXXXXXX2004 | |
| Nov 23 | 1,326.18- | AUTOMATIC WITHDRAWAL PAYROLL EXPRESS GOLDSBERRY'S TRANS MISS PAYROLL 111123 0253 0253 | 2,171.64 |
| Nov 25 | 11.16- | CHECK 9979 | |
| Nov 25 | 43.27- | CHECK CARD PURCHASE MERCHANT PURCHASE TERMINAL 444571 KROGER FUEL 2115 BROWNSBUR IN 11-23-11 XXXXXXXXXXXX2004 | |
| Nov 25 | 46.23- | AUTOMATIC WITHDRAWAL RAY'S TRASH SERV PAYMT@@ 075000054476940 | 2,070.98 |
| Nov 28 | 18.99- | CHECK 9981 | |
| Nov 28 | 36.99- | CHECK 9982 | |
| Nov 28 | 36.99- | CHECK 9983 | |
| Nov 28 | 859.22- | CHECK 10704 | |
| Nov 28 | 298.97+ | DIRECT DEPOSIT NPC MERCH GOLDSBERRYS TRANSM ISSI PYMT PROC 111128 0010606876 | |
| Nov 28 | 1,100.00- | DEPOSIT RETURN ITEM Seq# 99000487 Reason: NSF 1st | |
| Nov 28 | 229.30- | AUTOMATIC WITHDRAWAL COMCAST - INDIAN PAYMT@@ 075000056905096 | |
| Nov 28 | 21.05- | AUTOMATIC WITHDRAWAL LEASE FINANCE GR GOLDSBERRY S TRANS MISS LEASE PYMT 111128 1675621:1128 | |
| Nov 28 | 7.50- | DEP RETURN ITEM FEE DDA DIRECT FEE | 59.91 |
| Nov 29 | 58.55- | CHECK 9980 | |
| Nov 29 | 72.12- | CHECK 9984 | |
| Nov 29 | 924.32- | CHECK 9985 | |
| Nov 29 | 2,101.00+ | DEPOSIT | |
| Nov 29 | 126.81- | AUTOMATIC WITHDRAWAL FARMERS INSURANC PAYMT@@ 075000050050755 | |
| Nov 29 | 50.00- | AUTOMATIC WITHDRAWAL AMERICAN MARKETI PAYMT@@ 075000050050756 | 929.11 |
| Nov 30 | 230.24- | CHECK 9986 | |
| Nov 30 | 535.00- | CHECK 9987 | |
| Nov 30 | 700.00+ | DEPOSIT | |
| Nov 30 | 150.00+ | DIRECT DEPOSIT NPC MERCH GOLDSBERRYS TRANSM ISSI PYMT PROC 111130 0010606876 | |

Continued on next page

12/08/2011 11:40 3178583249 GOLDSBERRY TRANSMISS PAGE 19
Case 11-08107-JKC-11 Doc 45 Filed 12/08/11 EOD 12/08/11 19:34:51 Pg 18 of 20

130045595

Page 2 of 9

### Number of Checks Paid 58  Amount of Checks Paid  $16,812.55

#### Other subtractions

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| Nov 1 | 900.00 | Nov 14 | 26.41 | Nov 21 | 35.12 |
| Nov 2 | 1,047.22 | Nov 14 | 19.24 | Nov 21 | 45.00 |
| Nov 2 | 587.25 | Nov 14 | 19.24 | Nov 22 | 199.50 |
| Nov 2 | 18.95 | Nov 14 | 17.61 | Nov 23 | 36.73 |
| Nov 2 | 10.00 | Nov 14 | 6.40 | Nov 23 | 1,326.18 |
| Nov 3 | 1,326.18 | Nov 14 | 94.94 | Nov 25 | 45.27 |
| Nov 3 | 152.50 | Nov 14 | 45.84 | Nov 25 | 46.23 |
| Nov 4 | 35.00 | Nov 15 | 32.08 | Nov 28 | 1,100.00 |
| Nov 7 | 775.00 | Nov 15 | 32.08 | Nov 28 | 229.30 |
| Nov 7 | 50.00 | Nov 15 | 189.06 | Nov 28 | 21.05 |
| Nov 7 | 26.90 | Nov 15 | 15.10 | Nov 28 | 7.50 |
| Nov 8 | 6.41 | Nov 16 | 95.00 | Nov 29 | 126.81 |
| Nov 8 | 97.84 | Nov 17 | 20.00 | Nov 29 | 50.00 |
| Nov 8 | 29.32 | Nov 17 | 1,326.18 | Nov 30 | 500.00 |
| Nov 9 | 1,326.18 | Nov 18 | 71.27 | Nov 30 | 73.51 |
| Nov 9 | 300.00 | Nov 18 | 207.58 | Nov 30 | 200.00 |
| Nov 10 | 278.63 | Nov 21 | 200.00 | | |
| Nov 14 | 650.00 | Nov 21 | 153.87 | | |

### Number of Other Subtractions 52  Amount of Other Subtractions  $14,222.48

#### Deposits and other additions

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| Nov 1 | 4,128.22 | Nov 9 | 1,200.00 | Nov 18 | 247.32 |
| Nov 1 | 465.00 | Nov 9 | 250.00 | Nov 21 | 1,370.63 |
| Nov 2 | 1,650.00 | Nov 10 | 1,174.63 | Nov 23 | 3,200.00 |
| Nov 3 | 1,765.00 | Nov 14 | 1,865.61 | Nov 28 | 298.97 |
| Nov 4 | 1,147.06 | Nov 14 | 1,453.39 | Nov 29 | 2,101.00 |
| Nov 4 | 115.00 | Nov 14 | 637.51 | Nov 30 | 700.00 |
| Nov 7 | 109.70 | Nov 14 | 633.18 | Nov 30 | 150.00 |
| Nov 8 | 1,200.00 | Nov 16 | 232.29 | | |

### Number of Deposits and Other Additions 23  Amount of Deposits and Other Additions  $26,094.51

#### Daily activity on your account

| Date | Amount | Description | Balance |
|---|---|---|---|
| | | Beginning Balance | 5,100.88 |
| Nov 1 | 685.37- | CHECK 9934 | |
| Nov 1 | 182.10- | CHECK 9935 | |
| Nov 1 | 50.88- | CHECK 9936 | |
| Nov 1 | 175.00- | CHECK 9939 | |
| Nov 1 | 32.21- | CHECK 9940 | |
| Nov 1 | 4,128.22+ | DEPOSIT | |
| Nov 1 | 465.00+ | DIRECT DEPOSIT NPC MERCH GOLDSBERRYS TRANSM ISSI PYMT PROC 111101 0010606876 | |

Continued on next page

Page 4 of 9

130045595

### Daily activity on your account

| Date | Amount | Description | Balance |
|---|---|---|---|
| Nov 7 | 50.00- | AUTOMATIC WITHDRAWAL<br>BRUCE BRATTAIN PAYMT@@<br>075000055101167 | |
| Nov 7 | 26.90- | AUTOMATIC WITHDRAWAL<br>AMERICAN FAMILY PAYMT@@<br>075000055101166 | 3,921.74 |
| Nov 8 | 26.84- | CHECK 9950 | |
| Nov 8 | 491.15- | CHECK 9951 | |
| Nov 8 | 350.00- | CHECK 9952 | |
| Nov 8 | 14.73- | CHECK 9954 | |
| Nov 8 | 24.46- | CHECK 9955 | |
| Nov 8 | 39.19- | CHECK 9956 | |
| Nov 8 | 1,200.00+ | DEPOSIT | |
| Nov 8 | 6.41- | CHECK CARD PURCHASE<br>MERCHANT PURCHASE TERMINAL 439900<br>OREILLY AUTO 0001 7947 BROWNSBUR IN<br>11-07-11 XXXXXXXXXXXX2004 | |
| Nov 8 | 97.84- | AUTOMATIC WITHDRAWAL<br>WURTH USA PAYMT@@<br>075000058698976 | |
| Nov 8 | 29.32- | AUTOMATIC WITHDRAWAL<br>TOWN OF BROWNSBU PAYMT@@<br>075000058698975 | 4,041.80 |
| Nov 9 | 65.00- | CHECK 9953 | |
| Nov 9 | 1,200.00+ | DEPOSIT | |
| Nov 9 | 250.00+ | DIRECT DEPOSIT<br>NPC MERCH GOLDSBERRYS TRANSM<br>ISSI PYMT PROC 111109<br>0010606876 | |
| Nov 9 | 1,326.18- | AUTOMATIC WITHDRAWAL<br>PAYROLL EXPRESS GOLDSBERRY'S TRANS<br>MISS PAYROLL 111109<br>0253 0253 | |
| Nov 9 | 300.00- | AUTOMATIC WITHDRAWAL<br>222 MINISTRIES PAYMT@@<br>075000053008682 | 3,800.62 |
| Nov 10 | 9.50- | CHECK 9958 | |
| Nov 10 | 651.96- | CHECK 9960 | |
| Nov 10 | 1,174.63+ | DIRECT DEPOSIT<br>NPC MERCH GOLDSBERRYS TRANSM<br>ISSI PYMT PROC 111110<br>0010606876 | |
| Nov 10 | 278.63- | AUTOMATIC WITHDRAWAL<br>DUKE ENERGY - IN PAYMT@@<br>075000055913846 | 4,035.16 |
| Nov 14 | 210.00- | CHECK 9957 | |
| Nov 14 | 74.85- | CHECK 9959 | |
| Nov 14 | 64.78- | CHECK 9961 | |
| Nov 14 | 42.79- | CHECK 9962 | |
| Nov 14 | 595.80- | CHECK 9963 | |
| Nov 14 | 165.00- | CHECK 9967 | |
| Nov 14 | 1,865.61+ | DIRECT DEPOSIT<br>NPC MERCH GOLDSBERRYS TRANSM<br>ISSI PYMT PROC 111114<br>0010606876 | |
| Nov 14 | 1,453.39+ | DEPOSIT | |

Continued on next page

Page 6 of 9

130045595

## Daily activity on your account

| Date | Amount | Description | Balance |
|---|---|---|---|
| Nov 15 | 15.10- | AUTOMATIC WITHDRAWAL<br>HUMANA COMPBENEF GOLDSBERRY'S TRANS<br>MISS 7709988936 111115 | 4,810.50 |
| Nov 16 | 16.66- | CHECK 9970 | |
| Nov 16 | 1,550.00- | CHECK 9971 | |
| Nov 16 | 232.29+ | DEPOSIT | |
| Nov 16 | 95.00- | AUTOMATIC WITHDRAWAL<br>PLOUGHE'S WRECKE PAYMT@@<br>075000056867193 | 3,381.13 |
| Nov 17 | 20.00- | CHECK CARD PURCHASE<br>MERCHANT PURCHASE TERMINAL 429910<br>MARATHON PETRO1633 45 BROWNSBUR IN<br>11-16-11 XXXXXXXXXXXX2004 | |
| Nov 17 | 1,326.18- | AUTOMATIC WITHDRAWAL<br>PAYROLL EXPRESS GOLDSBERRY'S TRANS<br>MISS PAYROLL 111117<br>0253 0253 | 2,034.95 |
| Nov 18 | 374.29- | CHECK 9917 | |
| Nov 18 | 241.23- | CHECK 9966 | |
| Nov 18 | 598.57- | CHECK 9973 | |
| Nov 18 | 99.90- | CHECK 9974 | |
| Nov 18 | 56.03- | CHECK 9975 | |
| Nov 18 | 247.32+ | DEPOSIT | |
| Nov 18 | 71.27- | CHECK CARD PURCHASE<br>MERCHANT PURCHASE TERMINAL 416407<br>GAS AMERICA 80000 0869 INDIANAPO IN<br>11-16-11 XXXXXXXXXXXX2004 | |
| Nov 18 | 207.58- | AUTOMATIC WITHDRAWAL<br>MITCHELL 1 PAYMT@@<br>075000052646969 | 633.40 |
| Nov 21 | 59.86- | CHECK 9976 | |
| Nov 21 | 1,370.63+ | DIRECT DEPOSIT<br>NPC MERCH GOLDSBERRYS TRANSM<br>ISSI PYMT PROC 111121<br>0010606876 | |
| Nov 21 | 200.00- | MILINE TRANSFER-OUT<br>TO ACC 00030101759 DATE: 11-21-11<br>TIME: 10:45:53 | |
| Nov 21 | 153.87- | CHECK CARD PURCHASE<br>MERCHANT PURCHASE TERMINAL 448020<br>AVON ALL BATTERY 317 20998 IN<br>11-18-11 XXXXXXXXXXXX2004 | |
| Nov 21 | 35.12- | CHECK CARD PURCHASE<br>MERCHANT PURCHASE TERMINAL 416407<br>GAS AMERICA 70000 0752 PLAINFIEL IN<br>11-18-11 XXXXXXXXXXXX2004 | |
| Nov 21 | 45.00- | AUTOMATIC WITHDRAWAL<br>PLOUGHE'S WRECKE PAYMT@@<br>075000055141221 | 1,510.18 |
| Nov 22 | 10.81- | CHECK 9977 | |
| Nov 22 | 8.99- | CHECK 9978 | |
| Nov 22 | 859.22- | CHECK 10703 | |
| Nov 22 | 190.50- | AUTOMATIC WITHDRAWAL<br>PLOUGHE'S WRECKE PAYMT@@<br>075000058105721 | 440.66 |

Continued on next page